Ecf no. 12
Ecf no. 12 and 15
Ecf no. 12 at 2
Ecf no. 12 p. 2
Ecf no. 12 pp. 2-4
Ecf 12
Ecf 12, 1, 3, 5
Filing no. 12
Filing no. 12 and 15
(Filing No. 10)
Filing no. 12 pp.2-3
Filing no. 12 at 2
Filing no. 12 p.2
Filing 12
Filing no. 12, 1, 3, 5
Docket no. 12
Docket no. 12 and 15
Docket no. 12 at p.2
Docket no. 12 at 2
Docket no. 12 p.2
Docket no. 12 pp. 2-4
Docket 12
Docket no. 12, 1, 3, 5
Docket # 12
Docket # 12 and 15
Docket # 12 at p.2
Docket # 12 at 2
Docket # 12 p.2
Docket # 12 pp. 2-3
Docket # 12
Docket # 12, 1, 3, 5

id.
id. at 3
id. at 2, 4
id. at 4-5
id. at 232
id. § 1981
id. § 1.7
id. at
id. 2
id.
paid.
pageid.12
pageid. 12
pageid 12

NEGenR 12.34

NEGenR 1.2
NECivR 12.1
NECivR 12.34.56
NECrimR 12.3
NECrimR 12.34.56